IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:18cr60 HSO-JCG

DAMIEN S. PINCKNEY  18 U.S.C. § 922(g)(1)

**The United States Attorney charges:**

On or about September 23, 2017, in Harrison County, in the Southern Division of the Southern District of Mississippi, the defendant, **DAMIEN S. PINCKNEY.** having been previously convicted of a felony, that is, a crime which is punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm in and affecting interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offenses as alleged in this Indictment, the defendants shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offenses, and all property used to facilitate the offenses.

The grand jury has determined that probable cause exists to believe that the following property is subject to forfeiture as a result of one or more of the offenses alleged in this indictment:

**One (1) Barrett Firearms Manufacturing Model 82A1, .50 caliber rifle bearing serial number 20046**

**One (1) Anderson Manufacturing Model AM15, multi caliber rifle, bearing serial number 13061F13**

**One (1) Seekins Precision Model SBA15, multi caliber AR-style pistol, bearing serial number D00263**

Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c),.

_____
D. MICHAEL HURST, JR.
United States Attorney